# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED FEBRUARY 17, 2016

### NO. 03-15-00025-CV

**Appellants, Lakeway Regional Medical Center, LLC and
Surgical Development Partners, LLC// Cross-Appellant,
Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC**

**v.**

**Appellee, Lake Travis Transitional LTCH, LLC
n/k/a Lake Travis Specialty Hospital, LLC// Cross-Appellees,
Lakeway Regional Medical Center, LLC; Surgical Development Partners, LLC;
Brennan, Manna, & Diamond, LLC; and Frank T. Sossi**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED; REVERSED AND RENDERED ON MOTION FOR REHEARING
### OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on October 16, 2014. The Court's opinion and judgment dated July 1, 2016, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment on the jury's verdict and renders judgment that appellee should take nothing from appellants. As for the cross-appeal, the Court affirms the trial court's granting of summary judgment in favor of cross-appellees. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.